# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 10-cr-00288-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. NORMAN HEIFNER,

    Defendant.

## MINUTE ORDER[1]

By **February 28, 2011**, the government and the probation department shall file a response to defendant's **Motion For Early Termination of Probation/Supervised Release** [#2] filed February 8, 2011.

    Dated:  February 9, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.